IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID EMFINGER                                                                                          PLAINTIFF

v.                                           Case No. 4:22-cv-4091

ROBERT GENTRY, *et al.*                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 5, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with a court order and failure to prosecute this case. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of February, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge